AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

LEOTIS REESE, JR.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV499-201

JOHNNY SACKS, ET AL.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of October 15, 1999, Judgment is entered dismissing plaintiff's complaint without prejudice for willful disobedience or neglect of an Order of the Court.

E.O.D.
10/15/99
DATE
INITIALS

| October 15, 1999 | Henry R. Crumley, Jr. |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

# United States District Court
## *Southern District of Georgia*

LEOTIS REESE, JR.<u>             </u> )

vs )     CASE     <u>CV499-201      </u>

<u>JOHNNY SACKS, ET AL.    </u> )     DIVISION     <u>SAVANNAH      </u>

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated <u>October 15, 1999      </u>, which is part of the official record of this case.

Date of Mailing:     <u>October 15, 1999      </u>

Date of Certificate     ☐ same date,     or <u>                </u>

Henry R. Crumley, Jr., Clerk

By: *[signature]*
Deputy Clerk

<u>Name and Address</u>

Leotis Reese, Jr., Phillips State Prison, EF253147, 2989 W. Rock Quarry Road, Buford, GA 30518

☒ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate